# ATTACHMENT A

## DEFENDANT(S) LIST

### INDIVIDUALS FROM THE EXECUTIVE BRANCH

George Walker Bush, Governor, 1995-2001
Address:    PO Box 259000
             Dallas, Texas 75225-9000
Email:      https://georgewbush.com

John(s)/Jane(s) Doe, State's Attorney General, 1995-2001
(to be determined in discovery)

Rick Perry, Governor, 2001-2015
Address:    901 Congress Avenue
             Austin, Texas 78701
Phone:     512-472-2700
Email:      info@texaspolicy.com

John(s)/Jane(s) Doe, State's Attorney General, November, 2000 - ?
(Name(s), Address(es), Phone #(s), Email to be determined in discovery)

Gregg Abbott, Governor, 2015-Present
Address:    State Capitol
             1400 Congress Avenue
             Austin, Texas  78701-1932
             PO Box 12428
             Austin, Texas  78711-2428
Phone:     (512) 463-2100

Ken Paxton, Attorney General, State of Texas, 2015-Present
Address:    209 West 14th Street, 78701-1614
             PO Box 12548
             Austin, Texas  78711-2548
Phone:     512-463-2100
Email:      www.texasattorneygeneral.gov

**Attorney General's Special Prosecution Unit (SPU)** (see THSC, Section 841.042)**:**

John(s)/Jane(s) Doe, Executive Director(s)s, November, 2000 - Present
(Term(s), Name(s), Address(es), Phone #(s), Email(s) to be determined in discovery)

John(s)/Jane(s) Doe, Department Chief(s), November, 2000 - Present
(Name(s), Address(es), Phone #(s), Email to be determined in discovery)

Erin Faseler, Chief, ? - Present
Address:    1300 11th Street, Suite 520
Huntsville, Texas  78711-2548
Phone:    936-291-2369
Email:     agoodwin@sputexas.org
(Term to be determined in discovery)

Angela Goodwin, Chief, ? - Present
Address:        1300 11th Street, Suite 520
Huntsville, Texas   78711-2548
Phone:          936-291-2369
Email:          agoodwin@sputexas.org
(Term to be determined in discovery)

Tara Matlak, Attorney, ? - Present
Address:        1300 11th Street, Suite 520
Huntsville, Texas   78711-2548
Phone:          936-291-2369
Email:          tmatlak@sputexas.org
(Term to be determined in discovery)

Dawn Porter, Legal Assistant, ? - Present
Address:        1300 11th Street, Suite 520
Huntsville, Texas   78711-2548
Phone:          936-291-2369
Email:          dporter@sputexas.org
(Term to be determined in discovery)

**Expert Witness** (see THSC, Section 841.061(c), (f)):

Michael R. Arambula, M.D. Psychiatrist
The Registry Building
14800 U.S. 281 North, Suite 110
San Antonio, Texas 78232
Phone: (210) 490-9850
Email: zavdm@msn.com

## INDIVIDUALS FROM THE TEXAS STATE LEGISLATIVE BRANCH

**THSC, Chapter 841 Enacted by:**

Acts 1999, 76th Legislature, Ch. 1188 (S.B. 365), Sec. 4.01, eff. Sept. 1, 1999.

**THSC, Chapter 841 Amended by:**

Acts 2003, 78th Legislature, Ch. 347 (S.B. 871), eff. Sept. 1, 2003.

Acts 2005, 79th Legislature, R.S., Ch. 849 (S.B. 912), eff. Sept. 1, 2005.

Acts 2007, 80th Legislature, R.S., Ch. 593 (H.B. 8), eff. Sept. 1, 2007.

Acts 2007, 80th Legislature, R.S., Ch. 1219 (H.B. 2034), eff. Sept. 1, 2007.

Acts 2011, 82nd Legislature, R.S., Ch. 1201 (S.B. 166), eff. Sept. 1, 2011.

Acts 2015, 84[t]h Legislature, R.S., Ch. 845 (S.B. 746), eff. June 17, 2015.

Acts 2017, 85th Legislature, R.S., Ch. 34 (S.B. 1576), eff. Sept. 1, 2017.

Acts 2021, 87th Legislature, R.S., Ch. 431 (S.B. 906), eff. Sept. 1, 2021.

Acts 2023, 88th Legislature, R.S., (S.B. 1179), eff. Sept. 1, 2023

| COUNT | DISTRICT | CHAMBER | NAME | VOTE RECORD ON THSC, CHAPTER 841* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SB 365 (76th) | SB 871 (78th) | SB 912 (79th) | HB 8 (80th) | HB 2034 (80th) | SB 166 (82nd) | SB 746 (84th) | SB 1576 (85th) | SB 906 (87th) | SB 1179 (88th) |
| 1 | 12 | H | Alexander, Clyde | Y | | | | | | | | | |
| 2 | 35 | H | Aliseda, Jose | | | | | | Y | | | | |
| 3 | 131 | H | Allen, Alma A. | | | Y | N | Y | Y | Y | Y | Y | Y |
| 4 | 106 | H | Allen, Ray | Y | Y | Y | | | | | | | |
| 5 | 121 | H | Allison, Steve | | | | | | | | | Y | Y |
| 6 | 104 | H | Alonzo, Roberto R. | | Y | Y | N | Y | Y | Y | Y | | |
| 7 | 145 | H | Alvarado, Carol | | | | | | | Y | Y | | |
| | 6 | S | Alvarado, Carol | | | | | | | | Y | Y | Y |
| 8 | 116 | H | Alvarado, Leo, Jr. | Y | | | | | | | | | |
| 9 | 103 | H | Anchía, Rafael M. | | | Y | Y | Y | Y | Y | Y | Y | Y |
| 10 | 56 | H | Anderson, Charles | | | Y | Y | Y | Y | Y | Y | Y | Y |
| 11 | 106 | H | Anderson, Rodney E. | | | | | | | Y | Y | Y | |
| 12 | 116 | H | Arevalo, Diana | | | | | | | | | Y | |
| 13 | 18 | S | Armbrister, Ken | Y | Y | Y | | | | | | | |
| 14 | 57 | H | Ashby, Trent | | | | | | | | Y | Y | Y | Y |
| 15 | 56 | H | Averitt, Kip | Y | | | | | | | | | |
| | 22 | S | Averitt, Kip | | Y | Y | Y | Y | | | | | |
| 16 | 54 | H | Aycock, Jimmie Don | | | | Y | Y | Y | Y | | | |
| 17 | 18 | H | Bailes, Ernest | | | | | | | | Y | Y | Y |
| 18 | 140 | H | Bailey, Kevin | Y | Y | Y | Y | Y | | | | | |
| 19 | 14 | S | Barrientos, Gonzalo | Y | Y | Y | | | | | | | |
| 20 | 48 | H | Baxter, Todd | | Y | Y | | | | | | | |
| 21 | 57 | H | Beck, Marva | | | | | | Y | | | | |
| 22 | 65 | H | Beckley, Michelle | | | | | | | | | Y | |
| 23 | 3 | H | Bell, Cecil, Jr. | | | | | | | | | Y | Y |
| 24 | 4 | H | Bell, Keith | | | | | | | Y | Y | Y | Y |
| 25 | 6 | H | Berman, Leo | Y | Y | Y | Y | Y | Y | | | | |
| 26 | 123 | H | Bernal, Diego | | | | | | | A | Y | Y | Y |
| 27 | 4 | S | Bernsen, David | Y | | | | | | | | | |
| 28 | 7 | S | Bettencourt, Paul | | | | | | | Y | Y | Y | Y |
| 29 | 92 | H | Bhojani, Salman | | | | | | | | | | Y |
| 30 | 73 | H | Biedermann, Kyle | | | | | | | | Y | Y | |
| 31 | 22 | S | Birdwell, Brian | | | | | | Y | Y | Y | Y | Y |
| 32 | 31 | S | Bivins, Teel | Y | Y | | | | | | | | |
| 33 | 9 | H | Blake, Roy, Jr. | | | Y | | | | | | | |
| 34 | 29 | S | Blanco, Cesar J. | | | | | | | Y | Y | Y | Y |

| CNT | DIST | CHB | NAME | 365 | 871 | 912 | 8 | 2034 | 166 | 746 | 1576 | 906 | 1179 |
|-----|------|-----|------|-----|-----|-----|---|------|-----|-----|------|-----|------|
| 35 | 138 | H | Bohac, Dwayne | | Y | Y | Y | Y | Y | Y | Y | | |
| 36 | 47 | H | Bolton, Valinda | | | | N | A | | | | | |
| 37 | 25 | H | Bonnen, Dennis | Y | Y | Y | Y | A | Y | Y | P | | |
| 38 | 24 | H | Bonnen, Greg | | | | | | | Y | Y | Y | Y |
| 39 | 128 | H | Bosse, Fred | Y | | | | | | | | | |
| 40 | 113 | H | Bowers, Rhetta Andrews | | | | | | | | | Y | Y |
| 41 | 108 | H | Branch, Dan | | Y | Y | Y | Y | Y | | | | |
| 42 | 96 | S | Brimer, Kenneth "Kim" | Y | Y | Y | Y | Y | | | | | |
| 43 | 4 | H | Brown, Betty | Y | Y | Y | Y | Y | | | | | |
| 44 | 14 | H | Brown, Fred | Y | Y | Y | Y | Y | Y | | | | |
| 45 | 17 | S | Brown, J.E. 'Buster' | Y | | | | | | | | | |
| X | 114 | H | Bryant, John | | | | | | | | | | A |
| 46 | 24 | S | Buckingham, Dawn | | | | | | | | Y | Y | |
| 47 | 54 | H | Buckley, Brad | | | | | | | | | Y | Y |
| 48 | 136 | H | Bucy, John H., III | | | | | | | | | Y | Y |
| 49 | 63 | H | Bumgarner, Ben | | | | | | | | | | Y |
| 50 | 101 | H | Burkett, Cindy | | | | | | Y | Y | Y | | |
| 51 | 90 | H | Burnam, Lon | Y | Y | Y | N | Y | Y | | | | |
| 52 | 58 | H | Burns, DeWayne | | | | | | | Y | Y | Y | Y |
| 53 | 83 | H | Burrows, Dustin | | | | | | | Y | Y | Y | Y |
| 54 | 10 | S | Burton, Konni | | | | | | | Y | Y | | |
| 55 | 112 | H | Button, Angie Chen | | | | | | Y | Y | Y | Y | Y |
| 56 | 128 | H | Cain, Briscoe | | | | | | | | Y | Y | Y |
| 57 | 3 | H | Cain, Erwin | | | | | | Y | | | | |
| X | 2 | S | Cain, David | A | | | | | | | | | |
| 58 | 132 | H | Callegari, Bill | | Y | Y | Y | Y | Y | | | | |
| 59 | 72 | H | Campbell, Scott | | Y | Y | | | | | | | |
| 60 | 25 | S | Campbell, Donna | | | | | | | Y | Y | Y | Y |
| 61 | 119 | H | Campos, Elizabeth | | | | | | | | | Y | Y |
| 62 | 40 | H | Canales, Terry | | | | | | | Y | Y | Y | Y |
| 63 | 35 | H | Canales, Gabi | | Y | | | | | | | | |
| 64 | 34 | H | Capelo, Jaime L. Jr. | Y | Y | | | | | | | | |
| 65 | 98 | H | Capriglione, Giovanni | | | | | | | Y | Y | Y | Y |
| 66 | 16 | S | Carona, John | Y | Y | Y | Y | Y | Y | | | | |
| 67 | 91 | H | Carter, Bill G. | Y | | | | | | | | | |
| 68 | 102 | H | Carter, Stefani | | | | | | Y | | | | |
| 69 | 92 | H | Cason, Jeff | | | | | | | | | Y | |
| 70 | 73 | H | Casteel, Carter | | Y | Y | | | | | | | |
| 71 | 125 | H | Castro, Joaquin | | Y | Y | N | Y | Y | | | | |
| 72 | 76 | H | Chavez, Norma | Y | Y | Y | N | Y | | | | | |
| 73 | 88 | H | Chisum, Warren | Y | Y | Y | A | Y | Y | | | | |
| 74 | 9 | H | Christian, Wayne | Y | Y | | Y | Y | Y | | | | |

| CNT | DIST | CHB | NAME | 365 | 871 | 912 | 8 | 2034 | 166 | 746 | 1576 | 906 | 1179 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 11 | H | Clardy, Travis | | | | | | | Y | Y | Y | Y |
| 76 | 62 | H | Clark, Ron | Y | | | | | | | | | |
| 77 | 134 | H | Cohen, Ellen | | | | N | Y | | | | | |
| 78 | 46 | H | Cole, Sheryl | | | | | | | | | Y | Y |
| 79 | 147 | H | Coleman, Garnet F. | Y | A | Y | N | Y | A | Y | Y | A/E | |
| 80 | 95 | H | Collier, Nicole | | | | | | | Y | | Y | Y |
| 81 | 8 | H | Cook, Byron | | Y | Y | Y | Y | Y | | | | |
| 82 | 96 | H | Cook, David | | | | | | | Y | Y | Y | Y |
| 83 | 17 | H | Cook, Robert L. "Robby" | Y | Y | Y | Y | Y | | | | | |
| 84 | 123 | H | Corte, Frank, J., Jr. | A | Y | Y | Y | Y | | | | | |
| 85 | 117 | H | Cortez, Philip | | | | | | | | Y | Y | Y |
| 86 | 54 | H | Cosper, Scott | | | | | | | | Y | | |
| 87 | 70 | H | Counts, David | Y | | | | | | | | | |
| 88 | 127 | H | Crabb, Joe | Y | Y | Y | Y | Y | | | | | |
| 89 | 82 | H | Craddick, Tom | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 90 | 16 | S | Creighton, Brandon | | | | Y | Y | Y | Y | Y | Y | Y |
| 91 | 100 | H | Crockett Jasmine Felicia | | | | | | | | | Y | |
| 92 | 64 | H | Crownover, Myra | | Y | Y | Y | Y | Y | Y | | | |
| 93 | 64 | H | Crownover, Ronny | Y | | | | | | | | | |
| 94 | 17 | H | Cyrier, John P. | | | | | | | Y | Y | Y | |
| 95 | 42 | H | Cuellar, Henry | Y | | | | | | | | | |
| 96 | 130 | H | Culberson, John | Y | | | | | | | | | |
| 97 | 127 | H | Cunningham, Charles | | | | | | | | | | Y |
| 98 | 136 | H | Dale, Tony | | | | | | | N | Y | | |
| 99 | 137 | H | Danburg, Debra | Y | | | | | | | | | |
| 100 | 72 | H | Darby, Drew | | | | Y | Y | Y | Y | Y | Y | Y |
| 101 | 129 | H | Davis, John E. | Y | Y | Y | Y | Y | Y | | | | |
| 102 | 10 | S | Davis, Wendy R. | | | | | | Y | | | | |
| 103 | 134 | H | Davis. Sarah | | | | | | Y | Y | | | |
| 104 | 111 | H | Davis, Yvonne | Y | Y | Y | A | Y | Y | Y | A | Y | Y |
| 105 | 29 | H | Dawson, Glenda | | Y | Y | | | | | | | |
| 106 | 7 | H | Dean, Jay | | | | | | | | Y | Y | Y |
| 107 | 133 | H | DeAyala, Mano | | | | | | | | | | Y |
| 108 | 55 | H | Delisi, Dianne White | Y | Y | Y | Y | Y | | | | | |
| 109 | 63 | H | Denny, Mary | Y | Y | Y | | | | | | | |
| 110 | 22 | H | Deshotel, Joe | Y | Y | Y | A | A | Y | Y | Y | Y | |
| 111 | 2 | S | Deuell, Robert F. | | Y | Y | | | Y | | | | |
| 112 | 122 | H | Dorazio, Mark | | | | | | | | | | Y |
| 113 | 37 | H | Dominguez, Alex | | | | | | | | | Y | |
| 114 | 113 | H | Driver, Joe | Y | Y | Y | Y | Y | Y | | | | |
| 115 | 50 | H | Dukes, Dawnna | Y | Y | Y | Y | Y | Y | | Y | | |
| 116 | 28 | S | Duncan, Robert | Y | Y | Y | Y | Y | Y | | | | |

| CNT | DIST | CHB | NAME | 365 | 871 | 912 | 8 | 2034 | 166 | 746 | 1576 | 906 | 1179 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 117 | 57 | H | Dunnam, Jim | Y | Y | Y | Y | Y | | | | | |
| 118 | 142 | H | Dutton, Harold V., Jr. | Y | Y | Y | N | Y | | Y | Y | Y | Y |
| 119 | 14 | S | Eckhardt, Sarah | | | | | | | | | Y | Y |
| 120 | 146 | H | Edwards, Al | Y | Y | Y | | | | | | | |
| 121 | 107 | H | Ehrhardt, Harryette B. | Y | | | | | | | | | |
| 122 | 23 | H | Eiland, Craig | Y | Y | Y | Y | Y | Y | | | | |
| 123 | 15 | H | Eissler, Rob | | Y | Y | Y | Y | Y | | | | |
| 124 | 135 | H | Elkins, Gary | Y | Y | A | Y | Y | Y | Y | Y | | |
| 125 | 18 | H | Ellis, Dan | A | Y | | | | | | | | |
| 126 | 13 | S | Ellis, Rodney | Y | Y | Y | N | Y | Y | Y | | | |
| 127 | 10 | H | Ellzey, Jake | | | | | | | | | Y | |
| 128 | 1 | S | Eltife, Kevin P. | | | Y | Y | Y | Y | Y | | | |
| 129 | 106 | H | England, Kirk | | | | Y | Y | | | | | |
| 130 | 43 | H | Escobar, Juan M. | | Y | Y | Y | Y | | | | | |
| 131 | 30 | S | Estes, Craig | | Y | Y | Y | Y | Y | Y | Y | | |
| 132 | 23 | H | Faircloth, Wayne | | | | | | | Y | Y | | |
| 133 | 106 | H | Fallon, Pat | | | | | | | Y | Y | | |
| 134 | 69 | H | Farabee, David | Y | Y | Y | Y | Y | | | | | |
| 135 | 118 | H | Farias, Joe | | | | Y | Y | Y | Y | | | |
| 136 | 20 | H | Farney, Marsha | | | | | | | Y | | | |
| 137 | 148 | H | Farrar, Jessica Cristina | Y | Y | Y | N | Y | Y | Y | Y | | |
| X | 79 | H | Fierro, Art | | | | | | | | | A | |
| 138 | 130 | H | Fletcher, Allen | | | | | | Y | Y | | | |
| 139 | 36 | H | Flores, Ismael "Kino" | Y | Y | Y | Y | Y | | | | | |
| 140 | 24 | S | Flores, Pete | | | | | | | | | | Y |
| 141 | 51 | H | Flores, Maria Luisa | | | | | | | | | | Y |
| 142 | 2 | H | Flynn, Dan | | Y | Y | Y | Y | Y | Y | Y | | |
| 143 | 69 | H | Frank, James B. | | | | | | | Y | Y | Y | Y |
| 144 | 24 | S | Fraser, Troy | Y | Y | Y | Y | Y | Y | | | | |
| 145 | 84 | H | Frullo, John | | | | | | Y | Y | Y | | |
| 146 | 61 | H | Frazier, Frederick | | | | | | | | | | Y |
| 147 | 1 | H | Frost, Stephen J. | | | Y | Y | Y | | | | | |
| 148 | 74 | H | Gallego, Pete P. | Y | Y | Y | Y | Y | Y | | | | |
| 149 | 6 | S | Gallegos, Mario V., Jr. | Y | Y | Y | Y | A | Y | | | | |
| 150 | 117 | H | Galindo, Rick | | | | | | | Y | | | |
| 151 | 38 | H | Gámez, Erin Elizabeth | | | | | | | | | | Y |
| 152 | 104 | H | Garcia, Domingo | Y | | | | | | | | | |
| 153 | 124 | H | Garcia, Josey | | | | | | | | | | Y |
| 154 | 132 | H | Garcia, Juan M. | | | | Y | Y | | | | | |
| 155 | 6 | S | Garcia, Sylvia | | | | | | | Y | Y | | |
| 156 | 117 | H | Garza, John V. | | | | | | Y | | | | |
| 157 | 80 | H | Garza, Timoteo "Timo" | | Y | | | | | | | | |

| CNT | DIST | CHB | NAME | 365 | 871 | 912 | 8 | 2034 | 166 | 746 | 1576 | 906 | 1179 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 28 | H | Gates, Gary |  |  |  |  |  |  |  |  | Y | Y |
| 159 | 20 | H | Gattis, Dan |  | Y | A | Y | Y |  |  |  |  |  |
| 160 | 108 | H | George, Kenn | Y |  |  |  |  |  |  |  |  |  |
| 161 | 17 | H | Gerdes, Stan |  |  |  |  |  |  |  |  |  | Y |
| 162 | 99 | H | Geren, Charlie |  | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 163 | 120 | H | Gervin-Hawkins, Barbara |  |  |  |  |  | Y |  | Y | Y | Y |
| 164 | 109 | H | Giddings, Helen | Y | Y | Y | N | Y |  | Y | Y |  |  |
| 165 | 5 | H | Glaze, Bob D. | Y |  |  |  |  |  |  |  |  |  |
| 166 | 97 | H | Goldman, Craig |  |  |  |  |  |  | Y | Y | Y | Y |
| 167 | 52 | H | Gonzales, Larry |  |  |  |  |  | Y | Y |  |  |  |
| 168 | 41 | H | Gonzales, Veronica |  |  | Y | Y | Y | Y |  |  |  |  |
| 169 | 104 | H | González, Jessica |  |  |  |  |  | Y | Y | Y | Y | Y |
| 170 | 75 | H | González, Mary E. |  |  |  |  |  |  |  | Y | Y | Y |
| 171 | 76 | H | Gonzalez, Naomi R. |  |  |  |  |  | Y |  |  |  |  |
| 172 | 35 | H | Gonzalez Toureilles, Y. |  |  | Y | Y | Y |  |  |  |  |  |
| 173 | 4 | H | Gooden, Lance |  |  |  |  |  | Y |  | Y |  |  |
| 174 | 93 | H | Goodman, Toby | Y | Y | Y |  |  |  |  |  |  |  |
| 175 | 47 | H | Goodwin, Vikki |  |  |  |  |  |  |  |  | Y | Y |
| 176 | 102 | H | Goolsby, Tony | Y | Y | Y | Y | Y |  |  |  |  |  |
| 177 | 23 | H | Gray, Patricia | Y |  |  |  |  |  |  |  |  |  |
| 178 | 46 | H | Green, Rick | Y |  |  |  |  |  |  |  |  |  |
| 179 | 48 | H | Greenberg, Sherri | Y |  |  |  |  |  |  |  |  |  |
| 180 | 90 | H | Griggs, Bob E. |  | Y | Y |  |  |  |  |  |  |  |
| 181 | 94 | H | Grusendorf, Kent | Y | Y | Y |  |  |  |  |  |  |  |
| 182 | 41 | H | Guerra, Roberto D. |  |  |  |  |  |  | Y | Y | Y | Y |
| 183 | 31 | H | Guillen, Ryan |  | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 184 | 41 | H | Gutierrez, Roberto | Y | Y |  |  |  |  |  |  |  |  |
| 185 | 119 | S | Gutierrez, Roland |  |  |  |  |  | Y | Y | Y | Y | Y |
| 186 | 78 | H | Haggerty, Pat | Y | Y | Y | Y | Y |  |  |  |  |  |
| 187 | 2 | S | Hall, Bob |  |  |  |  |  |  | Y | Y | Y | Y |
| 188 | 19 | H | Hamilton, Mike "Tuffy" |  | Y | Y | Y | Y | Y |  |  |  |  |
| 189 | 126 | H | Hamric, Peggy | Y | Y | Y |  |  |  |  |  |  |  |
| 190 | 91 | S | Hancock, Kelly |  |  |  | Y | Y | Y | Y | Y | Y | Y |
| 191 | 68 | H | Hardcastle, Richard | Y | Y | Y | Y | Y | Y |  |  |  |  |
| 192 | 126 | H | Harless, Patricia |  |  |  | Y | Y | Y | A |  |  |  |
| 193 | 126 | H | Harless, E. Sam |  |  |  |  |  |  |  |  | Y | Y |
| 194 | 105 | H | Harper-Brown, Linda |  | Y | Y | Y | Y | Y |  |  |  |  |
| 195 | 52 | H | Harris, Caroline |  |  |  |  |  |  |  |  |  | Y |
| 196 | 10 | S | Harris, Chris | Y | Y | Y | Y | Y | Y |  |  |  |  |
| 197 | 8 | H | Harris, Cody |  |  |  |  |  |  |  |  | Y | Y |
| 198 | 10 | H | Harrison, Brian |  |  |  |  |  |  |  |  |  | Y |
| 199 | 114 | H | Hartnett, Will | Y | Y | Y | Y | Y | Y |  |  |  |  |

| CNT | DIST | CHB | NAME | 365 | 871 | 912 | 8 | 2034 | 166 | 746 | 1576 | 906 | 1179 |
|-----|------|-----|------|-----|-----|-----|---|------|-----|-----|------|-----|------|
| 200 | 31 | H | Hawley, Judy | Y | | | | | | | | | |
| 201 | 22 | H | Hayes, Christian 'Manuel' | | | | | | | | | | Y |
| 202 | 57 | H | Hayes Richard | | | | | | | | | | Y |
| 203 | 30 | S | Haywood, Tom | Y | | | | | | | | | |
| 204 | 149 | H | Heflin, Talmadge L. | Y | Y | | Y | Y | | | | | |
| 205 | 5 | H | Hefner, Cole | | | | | | | | Y | Y | Y |
| 206 | 28 | H | Hegar, Glenn, Jr. | | Y | Y | | | | | | | |
| 207 | 18 | S | Hegar, Glenn, Jr. | | | | Y | Y | Y | | | | |
| 208 | 143 | H | Hernandez, Ana E. | | | | N | Y | Y | Y | Y | Y | Y |
| 209 | 34 | H | Herrero, Abel | | | Y | Y | Y | | Y | Y | Y | A/E |
| 210 | 150 | H | Hilbert, Paul J. | Y | | | | | | | | | |
| 211 | 53 | H | Hilderbran, Harvey | Y | Y | Y | Y | Y | Y | | | | |
| 212 | 112 | H | Hill, Fred | Y | Y | Y | Y | Y | | | | | |
| 213 | 40 | H | Hinojosa, Juan "Chuy" | Y | | | | | | | | | |
| | 20 | S | Hinojosa, Juan "Chuy" | | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 214 | 49 | H | Hinojosa, Gina | | | | | | | | Y | Y | Y |
| 215 | 132 | H | Hochberg, Scott | Y | Y | Y | Y | Y | Y | | | | |
| 216 | 100 | H | Hodge, Terri | Y | Y | A | A | Y | | | | | |
| 217 | 33 | H | Holland, Justin | | | | | | | | Y | Y | Y |
| 218 | 3 | H | Homer, Mark | Y | Y | Y | Y | Y | | | | | |
| 219 | 16 | H | Hope, Ruben, Jr. | Y | A | Y | | | | | | | |
| 220 | 11 | H | Hopson, Chuck | | Y | Y | Y | Y | Y | | | | |
| 221 | 26 | H | Howard, Charlie | Y | Y | Y | Y | Y | Y | | | | |
| 222 | 48 | H | Howard, Donna | | | | N | N | Y | Y | Y | Y | Y |
| 223 | 127 | H | Huberty, Dan | | | | | | Y | Y | Y | Y | |
| 224 | 16 | S | Huffines, Donald | | | | | | | Y | Y | | |
| 225 | 17 | S | Huffman, Joan | | | | | | Y | Y | Y | Y | Y |
| 226 | 5 | H | Hughes, Bryan | | Y | Y | Y | A | Y | Y | | | |
| | 1 | S | Hughes, Bryan | | | | | | | | Y | Y | Y |
| 227 | 138 | H | Hull, Lacey | | | | | | | | | Y | Y |
| 228 | 71 | H | Hunter, Bob | Y | Y | Y | | | | | | | |
| 229 | 32 | H | Hunter, Todd | | | | | | Y | Y | Y | Y | Y |
| 230 | 54 | H | Hupp, Suzanna Gratia | Y | Y | Y | | | | | | | |
| 231 | 73 | H | Isaac, Carrie | | | | | | | | | | Y |
| 232 | 45 | H | Isaac, Jason A. | | | | | | Y | Y | Y | | |
| 233 | 84 | H | Isett, Carl H. | Y | Y | Y | Y | Y | | | | | |
| 234 | 50 | H | Israel, Celia | | | | | | | Y | Y | Y | |
| 235 | 115 | H | Jackson, Jim | | | Y | Y | Y | Y | | | | |
| 236 | 11 | S | Jackson, Mike | Y | Y | Y | Y | Y | Y | | | | |
| 237 | 134 | H | Janek, Kyle L. | Y | | | | | | | | | |
| | 17 | S | Janek, Kyle L. | | Y | Y | Y | Y | | | | | |
| 238 | 26 | H | Jetton, Jacey | | | | | | | | | Y | Y |

| CNT | DIST | CHB | NAME | 365 | 871 | 912 | 8 | 2034 | 166 | 746 | 1576 | 906 | 1179 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 239 | 16 | S | Johnson, Nathan | | | | | | | | | Y | Y |
| 240 | 134 | H | Johnson, Ann | | | | | | | | | Y | Y |
| 241 | 100 | H | Johnson, Eric | | | | | | Y | | Y | | |
| 242 | 139 | H | Johnson, Jarvis D. | | | | | | Y | Y | Y | Y | Y |
| 243 | 115 | H | Johnson, Julie E. | | | | | | | | | Y | Y |
| 244 | 13 | H | Jones, Charles B. | Y | | | | | | | | | |
| 245 | 83 | H | Jones, Delwin L. | Y | Y | Y | Y | Y | | | | | |
| 246 | 121 | H | Jones, Elizabeth Ames | | Y | | | | | | | | |
| 247 | 110 | H | Jones, Jesse W. | Y | Y | Y | | | | | | | |
| 248 | 147 | H | Jones, Jolanda | | | | | | | | | | Y |
| 249 | 100 | H | Jones, Venton C. | | | | | | | | | | Y |
| 250 | 72 | H | Junell, Robert | Y | | | | | | | | | |
| 251 | 12 | H | Kacal, Kyle | | | | | | | Y | Y | Y | Y |
| 252 | 47 | H | Keel, Terry | Y | Y | Y | | | | | | | |
| 253 | 107 | H | Keffer, Bill | | Y | Y | | | | | | | |
| 254 | 60 | H | Keffer, James L. | Y | Y | Y | Y | Y | Y | Y | | | |
| 255 | 15 | H | Keough, Mark | | | | | | | Y | | | |
| 256 | 88 | H | King, Ken | | | | | | | Y | Y | Y | Y |
| 257 | 61 | H | King, Phil | Y | Y | Y | Y | Y | Y | Y | Y | Y | |
|  | 10 | S | King, Phil | | | | | | | | | | Y |
| 258 | 71 | H | King, Susan L. | | | | Y | Y | Y | Y | | | |
| 259 | 43 | H | King, Tracy O. | Y | | | | | | | | | |
|  | 80 | H | King, Tracy O. | | | Y | Y | Y | Y | Y | Y | Y | Y |
| 260 | 85 | H | Kitzman, Stan | | | | | | | | | | Y |
| 261 | 17 | H | Kleinschmidt, Tim | | | | | | Y | | | | |
| 262 | 91 | H | Klick, Stephanie | | | | | | | Y | Y | Y | Y |
| 263 | 13 | S | Kolkhorst, Lois W. | | Y | A | Y | Y | Y | Y | Y | Y | Y |
| 264 | 102 | H | Koop, Linda | | | | | | | Y | Y | | |
| 265 | 93 | H | Krause, Matt | | | | | | | Y | Y | | |
| 266 | 52 | H | Krusee, Mike | Y | Y | Y | Y | Y | | | | | |
| 267 | 45 | H | Kuempel, Edmund | Y | Y | Y | Y | Y | | | | | |
| 268 | 44 | H | Kuempel, John | | | | | | Y | Y | Y | Y | Y |
| 269 | 76 | H | Lalani, Suleman | | | | | | | | | | Y |
| 270 | 71 | H | Lambert, Stan | | | | | | | | Y | Y | Y |
| 271 | 27 | S | LaMantia, Morgan | | | | | | | | | | Y |
| 272 | 85 | H | Landtroop, Jim | | | | | | N | | | | |
| 273 | 81 | H | Landgraf, Brooks | | | | | | | Y | Y | Y | Y |
| 274 | 85 | H | Laney, James E. "Pete" | | Y | Y | | | | | | | |
| 275 | 60 | H | Lang, Mike | | | | | | | | Y | | |
| 276 | 122 | H | Larson, Lyle | | | | | | Y | Y | Y | Y | |
| 277 | 101 | H | Latham, Thomas | | | | Y | Y | | | | | |
| 278 | 89 | H | Laubenberg, Jodie | | Y | Y | Y | Y | Y | A | Y | | |

| CNT | DIST | CHB | NAME | 365 | 871 | 912 | 8 | 2034 | 166 | 746 | 1576 | 906 | 1179 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 279 | 1 | H | Lavender, George | | | | | | Y | | | | |
| 280 | 67 | H | Leach, Jeff | | | | | | | Y | Y | Y | Y |
| 281 | 117 | H | Leibowitz, David | | | Y | Y | Y | | | | | |
| 282 | 144 | H | Legler, Ken | | | | | | Y | | | | |
| 283 | 13 | H | Leman, Ben | | | | | | | | | Y | |
| 284 | 59 | H | Lengefeld, David | Y | | | | | | | | | |
| 285 | 23 | H | Leo-Wilson, Terri | | | | | | | | | | Y |
| 286 | 95 | H | Lewis, Glenn | Y | Y | | | | Y | | | | |
| 287 | 19 | H | Lewis, Ron E. | Y | | | | | | | | | |
| 288 | 81 | H | Lewis, Tryon D. | | | | | | Y | | | | |
| 289 | 7 | S | Lindsay, Jon | Y | Y | Y | | | | | | | |
| 290 | 117 | H | Longoria, John Amos | Y | | | | | | | | | |
| 291 | 35 | H | Longoria, Oscar | | | | | | | Y | A | Y | Y |
| 292 | 37 | H | Lopez, Janie | | | | | | | | | | Y |
| 293 | 125 | H | Lopez, Ray | | | | | | | | | Y | Y |
| 294 | 43 | H | Lozano, J. M. | | | | | | Y | Y | Y | Y | Y |
| 295 | 38 | H | Lucio, Eddie, III | | | | Y | Y | Y | Y | Y | Y | |
| 296 | 27 | S | Lucio, Eddie, Jr. | Y | Y | Y | Y | Y | Y | Y | Y | Y | |
| 297 | 118 | H | Lujan, John | | | | | | | | | | Y |
| 298 | 26 | S | Luna, Gregory | A | | | | | | | | | |
| 299 | 33 | H | Luna, Vilma | Y | Y | A | | | | | | | |
| 300 | 69 | H | Lyne, Lanham | | | | | | Y | | | | |
| 301 | 56 | H | Mabry, John | | Y | | | | | | | | |
| 302 | 73 | H | Macias, Nathan | | | | Y | Y | | | | | |
| 303 | 67 | H | Madden, Jerry | Y | Y | Y | | Y | Y | | | | |
| 304 | 19 | S | Madla, Frank | Y | Y | Y | | | | | | | |
| 305 | 110 | H | Mallory Caraway, Barb. | | | | Y | Y | Y | | | | |
| 307 | 99 | H | Marchant, Kenny | Y | Y | | | | | | | | |
| 308 | 78 | H | Margo, Dee | | | | | | Y | | | | |
| 309 | 77 | H | Marquez, Marisa | | | | | | Y | Y | | | |
| 310 | 39 | H | Martinez, Armando | | | Y | Y | Y | Y | Y | | Y | Y |
| 311 | 115 | H | Martinez Fischer, Trey | | Y | Y | Y | Y | Y | Y | Y | Y | A |
| 312 | 51 | H | Maxey, Glen | Y | | | | | | | | | |
| 313 | 66 | H | McCall, Brian | Y | Y | Y | Y | Y | | | | | |
| 314 | 120 | H | McClendon, Ruth Jones | Y | Y | Y | A | Y | Y | A | | | |
| 315 | 17 | H | McReynolds, Jim | Y | Y | Y | Y | Y | | | | | |
| 316 | 124 | H | Menendez, Jose | | Y | Y | Y | Y | Y | Y | | | |
| | 26 | S | Menéndez, Jose | | | | | | | | Y | Y | Y |
| 317 | 117 | H | Mercer, Ken | | Y | | | | | | | | |
| 318 | 7 | H | Merritt, Tommy | Y | Y | Y | Y | Y | | | | | |
| 319 | 16 | H | Metcalf, Will | | | | | | | Y | Y | Y | Y |
| 320 | 108 | H | Meyer, Morgan | | | | | | | Y | Y | Y | Y |

| CNT | DIST | CHB | NAME | 365 | 871 | 912 | 8 | 2034 | 166 | 746 | 1576 | 906 | 1179 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321 | 105 | H | Meza, Terry | | | | | | | | | Y | Y |
| 322 | 23 | H | Middleton, Mayes | | | | | | | | | Y | |
| 323 | 11 | S | Middleton, Mayes | | | | | | | | | | Y |
| 324 | 146 | H | Miles, Boris L. | | | | A | Y | Y | Y | | | |
| | 13 | S | Miles, Boris L. | | | | | | | | Y | Y | Y |
| 325 | 73 | H | Miller, Doug | | | | | | Y | Y | | | |
| 326 | 26 | H | Miller, D. F. "Rick" | | | | | | | | Y | Y | |
| 327 | 59 | H | Miller, Sid | | Y | Y | Y | Y | Y | | | | |
| 328 | 124 | H | Minjarez, Ina | | | | | | | | | Y | A |
| 329 | 12 | S | Moncrief, Mike | Y | | | | | | | | | |
| 330 | 78 | H | Moody, Joseph | | | | | | | | Y | P | Y |
| 331 | 145 | H | Morales, Christina | | | | | | | | | Y | Y |
| 332 | 74 | H | Morales, Jr., Eddie | | | | | | | | | Y | Y |
| 333 | 148 | H | Morales Shaw, Penny | | | | | | | | | Y | Y |
| 334 | 143 | H | Moreno, Joe | Y | Y | Y | | | | | | | |
| 335 | 77 | H | Moreno, Paul C. | Y | Y | Y | N | Y | | | | | |
| 336 | 30 | H | Morrison, Geanie W. | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 337 | 97 | H | Mowery, Anna | Y | Y | Y | A | Y | | | | | |
| 338 | 36 | H | Muñoz, Jr., Sergio | | | | | | Y | Y | Y | Y | Y |
| 339 | 133 | H | Murphy, Jim | | | | Y | | Y | A | Y | Y | |
| 340 | 53 | H | Murr, Andrew | | | | | Y | | Y | Y | Y | Y |
| 341 | 49 | H | Naishtat, Elliott | Y | Y | Y | N | N | Y | Y | | | |
| 342 | 75 | H | Najera, Manny | Y | | | | | | | | | |
| 343 | 93 | H | Nash, Barbara | | | | | | Y | | | | |
| 344 | 107 | H | Neave, Victoria | | | | | | | | Y | Y | Y |
| 345 | 9 | S | Nelson, Jane | Y | Y | Y | Y | Y | Y | Y | Y | Y | |
| 346 | 74 | H | Neva´rez, Poncho | | | | | | | Y | Y | | |
| 347 | 3 | S | Nichols, Robert | | | | Y | Y | Y | Y | Y | Y | Y |
| 348 | 3 | S | Nixon, Drew | Y | | | | | | | | | |
| 349 | 133 | H | Nixon, Joe | Y | Y | A | | | | | | | |
| 350 | 89 | H | Noble, Candy | | | | | | | | | Y | Y |
| 351 | 145 | H | Noriega, Rick | Y | A | Y | Y | Y | | | | | |
| 352 | 5 | S | Ogden, Steve | Y | Y | Y | Y | Y | Y | | | | |
| 354 | 37 | H | Oliveira, Rene O. | Y | Y | A | Y | Y | Y | Y | Y | | |
| 355 | 130 | H | Oliverson, Tom, M.D. | | | | | | | | | Y | Y |
| 356 | 27 | H | Olivo, Dora | Y | Y | Y | N | Y | | | | | |
| 357 | 76 | H | Ordaz, Claudia | | | | | | | | | Y | Y |
| 358 | 13 | H | Orr, Angelia | | | | | | | | | | Y |
| 359 | 58 | H | Orr, Rob | | | Y | Y | Y | Y | | | | |
| 360 | 77 | H | Ortega, Evelina "Lina" | | | | | | | | Y | Y | Y |
| 361 | 33 | H | Ortiz, Solomon P., Jr. | | | | Y | Y | | | | | |
| 362 | 18 | H | Otto, John | | | Y | Y | Y | Y | A | | | |

| CNT | DIST | CHB | NAME | 365 | 871 | 912 | 8 | 2034 | 166 | 746 | 1576 | 906 | 1179 |
|-----|------|-----|------|-----|-----|-----|---|------|-----|-----|------|-----|------|
| 363 | 118 | H | Pacheco, Leo | | | | | | | | | Y | |
| 364 | 9 | H | Paddie, Chris | | | | | | | Y | Y | Y | |
| 365 | 89 | H | Palmer, Sue | Y | | | | | | | | | |
| 366 | 63 | H | Parker, Tan | | | | Y | Y | Y | Y | Y | Y | |
| | 12 | S | Parker, Tan | | | | | | | | | | Y |
| 367 | 94 | H | Patrick, Diane | | | | Y | Y | Y | | | | |
| 368 | 7 | S | Patrick, Dan | | | | Y | N | Y | | | | |
| 369 | 106 | H | Patterson, Jared | | | | | | | | | Y | Y |
| 370 | 129 | H | Paul, Dennis | | | | | | | Y | Y | Y | Y |
| 371 | 8 | S | Paxton, Angela | | | | | | | | | Y | Y |
| 372 | 70 | H | Paxton, Ken | | Y | Y | Y | Y | Y | | | | |
| 373 | 40 | H | Peña, Aaron | | Y | Y | Y | Y | Y | Y | | | |
| 374 | 144 | H | Perez, Mary Ann | | | | | | | | A | Y | Y |
| 375 | 83 | H | Perry, Charles | | | | | | N | | | | |
| | 28 | S | Perry, Charles | | | | | | | Y | Y | Y | Y |
| 376 | 21 | H | Phelan, Dade | | | | | | | A | Y | | Y |
| 377 | 62 | H | Phillips, Larry | | Y | Y | Y | Y | Y | N | Y | | |
| 378 | 79 | H | Pickett, Joe C. | Y | Y | Y | A | Y | Y | Y | Y | | |
| 379 | 93 | H | Pierson, Paula Hightower | | | | Y | Y | | | | | |
| 380 | 10 | H | Pitts, Jim | Y | Y | A | Y | Y | Y | | | | |
| 381 | 70 | H | Plesa, Mihaela Elizabeth | | | | | | | | | | Y |
| 382 | 10 | S | Powell, Beverly | | | | | | | | | Y | |
| 383 | 87 | H | Price, Four | | | | | | | Y | Y | Y | Y |
| 384 | 119 | H | Puente, Robert | Y | Y | Y | Y | Y | | | | | |
| 385 | 75 | H | Quintanilla, Chente | | Y | Y | Y | Y | Y | | | | |
| 386 | 102 | H | Ramos, Ana-Maria | | | | | | | | | Y | Y |
| 387 | 2 | H | Ramsay, Tom | Y | | | | | | | | | |
| 388 | 14 | H | Raney, John | | | | | | | Y | Y | A | Y |
| 389 | 35 | H | Rangel, Irma | Y | | | | | | | | | |
| 390 | 1 | S | Ratliff, Bill | Y | Y | | | | | | | | |
| 391 | 42 | H | Raymond, Richard Peña | | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 392 | 125 | H | Reyna, Arthur | Y | | | | | | | | | |
| 393 | 101 | H | Reyna, Elvira | Y | Y | Y | | | | | | | |
| 394 | 27 | H | Reynolds, Ron | | | | | | Y | A | | Y | Y |
| 395 | 150 | H | Riddle, Debbie | | Y | Y | | | Y | Y | Y | | |
| 396 | 21 | H | Ritter, Allan B. | Y | Y | Y | | | Y | Y | | | |
| 397 | 115 | H | Rinaldi, Matt | | | | | | | Y | Y | | |
| 398 | 126 | H | Roberts, Kevin | | | | | | | | Y | | |
| 399 | 51 | H | Rodriguez, Eddie | | Y | Y | Y | Y | Y | Y | Y | Y | |
| 400 | 29 | S | Rodriguez, Jose R. | | | | | | | Y | Y | Y | |
| 401 | 125 | H | Rodriguez, Justin | | | | | | | Y | Y | | |
| 402 | 60 | H | Rogers, Glenn | | | | | | | | | Y | Y |

| CNT | DIST | CHB | NAME | 365 | 871 | 912 | 8 | 2034 | 166 | 746 | 1576 | 906 | 1179 |
|-----|------|-----|------|-----|-----|-----|---|------|-----|-----|------|-----|------|
| 403 | 90 | H | Romero, Ramon, Jr. | | | | | | | | Y | Y | Y |
| 404 | 45 | H | Rose, Patrick M. | | Y | Y | Y | Y | | | | | |
| 405 | 110 | H | Rose, Toni | | | | | | | Y | Y | Y | Y |
| 406 | 135 | H | Rosenthal, Jon E. | | | | | | | | | Y | Y |
| 407 | 8 | H | Sadler, Paul | Y | | | | | | | | | |
| 408 | 44 | H | Salinas, Ignacio, Jr. | Y | | | | | | | | | |
| 409 | 70 | H | Sanford, Scott | | | | | | | Y | Y | Y | |
| 410 | 6 | H | Schaefer, Matt | | | | | | | Y | Y | Y | Y |
| 411 | 93 | H | Schatzline, Nate | | | | | | | | | | A |
| 412 | 132 | H | Schofield, Mike | | | | | | | Y | Y | Y | Y |
| 413 | 13 | H | Schubert, Leighton | | | | | | | Y | Y | | |
| 414 | 20 | S | Schwertner, Charles | | | | | | Y | Y | | Y | Y |
| 415 | 34 | H | Scott, Connie | | | | | | Y | | | | |
| 416 | 32 | H | Seaman, Gene | Y | Y | Y | | | | | | | |
| 417 | 31 | S | Seliger, Kel | | | Y | Y | Y | Y | Y | Y | Y | |
| 418 | 66 | H | Shaheen, Matt | | | | | | | Y | Y | Y | Y |
| 419 | 8 | S | Shapiro, Florence | Y | Y | Y | Y | Y | Y | | | | |
| 420 | 29 | S | Shapleigh, Eliot | Y | Y | Y | Y | Y | | | | | |
| 421 | 107 | H | Sheets, Kenneth | | | | | | Y | Y | | | |
| 422 | 55 | H | Sheffield, Ralph | | | | | | Y | Y | Y | | |
| 423 | 97 | H | Shelton, Mark M. | | | | | | Y | | | | |
| 424 | 109 | H | Sherman, Carl O., Sr. | | | | | | | | | Y | Y |
| 425 | 122 | H | Shields, John H. | Y | | | | | | | | | |
| 426 | 55 | H | Shine, Hugh D. | | | | | | | | Y | Y | Y |
| 427 | 22 | S | Sibley, David | Y | | | | | | | | | |
| 428 | 121 | H | Siebert, Bill | Y | | | | | | | | | |
| 429 | 65 | H | Simmons, Ron | | | | | | | Y | Y | | |
| 430 | 7 | H | Simpson, David | | | | | | Y | Y | | | |
| X | 2 | H | Slaton, Bryan | | | | | | | | | N | |
| 431 | 59 | H | Slawson, Shelby | | | | | | | | | Y | Y |
| 432 | 62 | H | Smith, Reggie | | | | | | | | | Y | Y |
| 433 | 92 | H | Smith, Todd | Y | Y | Y | Y | Y | Y | | | | |
| 434 | 128 | H | Smith, Wayne | | Y | Y | | Y | Y | Y | | | |
| 435 | 86 | H | Smithee, John T. | Y | Y | Y | | Y | Y | Y | | A | Y |
| 436 | 38 | H | Solis, Jim | Y | Y | Y | | | | | | | |
| 437 | 124 | H | Solis, Juan F., III | Y | | | | | | | | | |
| 438 | 65 | H | Solomons, Burt R. | Y | Y | Y | Y | Y | Y | | | | |
| 439 | 31 | S | Sparks, Kevin | | | | | | | | | | Y |
| 440 | 68 | H | Spiller, David | | | | | | | | | Y | Y |
| 441 | 4 | H | Spitzer, Stuart | | | | | | | Y | | | |
| 442 | 30 | S | Springer, Drew | | | | | | | Y | Y | Y | Y |
| 443 | 11 | S | Staples, Todd | Y | Y | Y | | | | | | | |

| CNT | DIST | CHB | NAME | 365 | 871 | 912 | 8 | 2034 | 166 | 746 | 1576 | 906 | 1179 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 444 | 85 | H | Stephenson, Phil | | | | | | | Y | Y | Y | |
| 445 | 50 | H | Stick, Jack | | Y | | | | | | | | |
| 446 | 92 | H | Stickland, Jonathan | | | | | | | Y | Y | | |
| 447 | 50 | H | Strama, Mark | | | Y | Y | Y | Y | | | | |
| 448 | 121 | H | Straus, Joe | | | Y | Y | Y | | | | | |
| 449 | 64 | H | Stucky, Lynn | | | | | | | | Y | Y | Y |
| 450 | 150 | H | Swanson, Valoree | | | | | | | | Y | Y | Y |
| 451 | 87 | H | Swinford, David | Y | Y | Y | Y | Y | | | | | |
| 452 | 50 | H | Talarico, James | | | | | | | | | Y | Y |
| 453 | 144 | H | Talton, Robert | Y | Y | Y | Y | Y | | | | | |
| 454 | 24 | H | Taylor, Larry | | Y | Y | Y | Y | Y | | | | |
| 455 | 11 | S | Taylor, Larry | | | | | | | Y | Y | Y | |
| 456 | 66 | H | Taylor, Van | | | | | | Y | | | | |
| | 8 | S | Taylor, Van | | | | | | | Y | Y | | |
| 457 | 1 | H | Telford, Barry B. | Y | Y | | | | | | | | |
| 458 | 84 | H | Tepper, Carl | | | | | | | | | | Y |
| 459 | 146 | H | Thierry, Shawn Nicole | | | | | | | | Y | Y | Y |
| 460 | 65 | H | Thimesch, Kronda | | | | | | | | | | Y |
| 461 | 29 | H | Thompson, Ed | | | | | | | N | Y | Y | Y |
| 462 | 141 | H | Thompson, Senfronia | Y | Y | Y | N | Y | Y | Y | Y | Y | Y |
| 463 | 105 | H | Tillery, Dale B. | Y | | | | | | | | | |
| 464 | 94 | H | Tinderholt, Tony | | | | | | | Y | Y | Y | A |
| 465 | 33 | H | Torres, Raul | | | | | | Y | | | | |
| 466 | 15 | H | Toth, Steve | | | | | | | | | Y | Y |
| 467 | 19 | H | Troxclair, Ellen | | | | | | | | | | Y |
| 468 | 20 | S | Truan, Carlos F. | Y | | | | | | | | | |
| 469 | 98 | H | Truitt, Vicki | Y | Y | Y | Y | Y | Y | | | | |
| 470 | 73 | H | Turner, Bob | Y | | | | | | | | | |
| 471 | 101 | H | Turner, Chris | | | | | | | Y | Y | Y | Y |
| 472 | 33 | H | Turner, E.Scott | | | | | | | Y | | | |
| 473 | 114 | H | Turner, John | | | | | | | | | Y | |
| 474 | 139 | H | Turner, Sylvester | Y | Y | A | P | P | Y | Y | | | |
| 475 | 29 | H | Uher, D. R. | Y | | | | | | | | | |
| 476 | 118 | H | Uresti, Carlos | Y | Y | Y | | | | | | | |
| | 118 | S | Uresti, Carlos | | | | Y | Y | Y | Y | Y | | |
| 477 | 130 | H | Van Arsdale, Corbin | | Y | Y | Y | Y | | | | | |
| 478 | 115 | S | Van De Putte, Leticia | Y | Y | Y | Y | Y | Y | | | | |
| 479 | 1 | H | VanDeaver, Gary | | | | | | | Y | Y | Y | Y |
| 480 | 25 | H | Vasut, Cody Thane | | | | | | | | | Y | Y |
| 481 | 107 | H | Vaught, Allen | | | Y | Y | | | | | | |
| 482 | 95 | H | Veasey, Marc | | | Y | Y | Y | Y | | | | |
| 483 | 114 | H | Villalba, Jason | | | | | | | Y | Y | | |

| CNT | DIST | CHB | NAME | 365 | 871 | 912 | 8 | 2034 | 166 | 746 | 1576 | 906 | 1179 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 484 | 123 | H | Villarreal, Mike | | Y | Y | Y | Y | Y | | | | |
| 485 | 149 | H | Vo, Hubert | | | Y | Y | Y | Y | Y | Y | Y | Y |
| 486 | 80 | H | Walker, Gary L. | Y | | | | | | | | | |
| 487 | 140 | H | Walle, Armando Lucio | | | | | | Y | Y | Y | Y | Y |
| 488 | 14 | S | Watson, Kirk | | | | Y | Y | Y | Y | Y | | |
| 489 | 29 | H | Webber, Randy | | | | | | Y | | | | |
| 490 | 25 | S | Wentworth, Jeff | N | Y | Y | Y | Y | Y | | | | |
| 491 | 81 | H | West, G. E. "Buddy" | Y | Y | Y | A | Y | | | | | |
| 492 | 23 | S | West, Royce | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 493 | 19 | H | White, James E. | | | | | | | Y | Y | | |
| 494 | 55 | H | White, Molly S. | | | | | | | Y | Y | Y | |
| 495 | 15 | S | Whitmire, John | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 496 | 15 | S | Williams, Thomas | Y | Y | Y | Y | Y | Y | | | | |
| 497 | 131 | H | Wilson, Ron | Y | Y | | | | | | | | |
| 498 | 20 | H | Wilson, Terry M. | | | | | | | | Y | Y | Y |
| 499 | 39 | H | Wise, Miguel | Y | Y | | | | | | | | |
| 500 | 58 | H | Wohlgemuth, Arlene | Y | Y | | | | | | | | |
| 501 | 103 | H | Wolens, Steven | Y | Y | | | | | | | | |
| 502 | 134 | H | Wong, Martha | | Y | Y | | | | | | | |
| 503 | 136 | H | Woolley, Beverly | Y | Y | Y | Y | Y | Y | | | | |
| 504 | 47 | H | Workman, Paul D. | | | | | | Y | Y | Y | | |
| 505 | 10 | H | Wray, John | | | | | | | Y | Y | | |
| 506 | 137 | H | Wu, Gene | | | | | | | Y | Y | Y | A |
| 507 | 138 | H | Yarbrough, Ken | Y | | | | | | | | | |
| 508 | 21 | S | Zaffirini, Judith | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y |
| 509 | 20 | H | Zbranek, Zeb | Y | | | | | | | | | |
| 510 | 96 | H | Zedler, Bill | | Y | Y | Y | Y | Y | Y | Y | | |
| 511 | 28 | H | Zerwas, Ron | | | | Y | Y | Y | Y | Y | | |
| 512 | 45 | H | Zwiener, Erin | | | | | | | | | Y | Y |

*Plaintiff can provide the Court with copies of the pertinent Senate and House Journal pages, upon request.

## KEY TO THE ABOVE CHART:

H = Individual person is a Representative in the Texas State House of Representatives

S = Individual person is a Senator in the Texas State Senate

Y = Yea

N = Nay

P = Present

A = Absent

## COUNSEL & EXPERT WITNESS:

**State Counsel for Offenders** (*see* THSC, Section 841.005):

John(s)/Jane(s) Doe, Director(s), November, 2000 - Present
(Term(s), Name(s), Address(es), Phone #(s), Email(s) to be determined in discovery)

John(s)/Jane(s) Doe, Department Chief(s), November, 2000 - Present
(Term(s), Name(s), Address(es), Phone #(s), Email(s) to be determined in discovery)

Giustina Persich, Director, ? - Present
Address:        200 River Point Drive, Suite 312
                     Conroe, Texas   77304
Phone:         936-437-5203
(Term, Email to be determined in discovery)

Rebecca Flemming, Supervising Attorney, ? - Present
Address:        200 River Point Drive, Suite 312
                     Conroe, Texas   77304
Phone:         936-437-5203
(Term, Email to be determined in discovery)

Sheila Kies, Attorney, ? - Present
Plaintiff's Original Civil Commitment Defense Attorney
200 River Point Drive, Suite 312
Conroe, Texas   77304
936-437-5203
(Term, Email to be determined in discovery)

Laura Vermillion, Legal Assistant, ? - Present
200 River Point Drive, Suite 312
Conroe, Texas   77304
936-437-5203
Laura.Vermillion@scfo.texas.gov

## INDIVIDUALS IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE
(*see* THSC, Section 841.021, 841.022 and 841.023)

**Administration:**

John(s)/Jane(s) Doe, Executive Director(s), November, 2000 - ?
(Term(s), Name(s), Address(es), Phone #(s), Email(s) to be determined in discovery)

Bryan Collier, Executive Director, ? - Present
Address:        PO Box 13084
                     Austin, Texas   78711-3084
(Term, Phone #, Email to be determined in discovery)

John(s)/Jane(s) Doe, Victim Services Director(s), November, 2000 - ?
(Term(s), Address(s), Phone #(s), Email(s) to be determined in discovery)

Angie McCown, Victim Services Director, ? - Present
Address:        8712 Shoal Creek Boulevard, Suite 265
                Austin, Texas  78757
(Term, Phone #, Email to be determined in discovery)

John(s)/Jane(s) Doe, Rehabilitative Programs Director(s), November, 2000 - ?
(Term(s), Address(s), Phone #(s), Email(s) to be determined in discovery)

Christopher Carter, Rehabilitative Programs Director, ? - Present
Address:        PO Box 99
                Huntsville, Texas  77342-0099
(Term, Phone #, Email to be determined in discovery)

Ralph Phillips, Program Supervisor III/ Rehabilitation Programs Division
Address:        PO Box 99
Huntsville, Texas  77342-0099
(Term, Phone #, Email to be determined in discovery)

John(s)/Jane(s) Doe, Sex Offender Rehabilitation Programs Director, November, 2000 - ?
(Term(s), Address(s), Phone #(s), Email(s) to be determined in discovery)

**Multidisciplinary Team (MDT)** (see THSC, Section 841.022)**:**

John/Jane Doe, Mental Health Professional, Department of State Health Services
(Address, Phone #, Email to be determined in discovery)

John/Jane Doe, TDCJ, Victim Services Division Representative
(Address, Phone #, Email to be determined in discovery)

John/Jane Doe, TDCJ, Sex Offender Rehabilitation Program Representative
(Address, Phone #, Email to be determined in discovery)

John/Jane Doe, Licensed Peace Officer from the Department of Public Safety
(Address, Phone #, Email to be determined in discovery)

John/Jane Doe, Texas Civil Commitment Office Representative
(Address, Phone #, Email to be determined in discovery)

John/Jane Doe, Texas Civil Commitment Office Representative
(Address, Phone #, Email to be determined in discovery)

John/Jane Doe, Licensed Treatment Provider, Counsel on Sex Offender Treatment
(Address, Phone #, Email to be determined in discovery)

**Director(s) Over the MDT Agencies** (other than TDCJ-ID Directors listed above)**:**

John(s)/Jane(s) Doe, Commissioner(s)/Director(s), Department of State Health Services, Nov., 2000 - Present
(Term(s), Address(s), Phone #(s), Email(s) to be determined in discovery)

Jennifer A. Shuford, Commissioner, Department of State Health Services, ? - Present
Address:        PO Box 149347
                Austin, Texas  78714-9347

(Term, Phone #, Email to be determined in discovery)

John(s)/Jane(s) Doe, Director(s), Department of Public Safety, November, 2000 - ?
(Term(s), Address(s), Phone #(s), Email(s) to be determined in discovery)

Steven C. McCraw, Director, Department of Public Safety, ? - Present
Address:        5805 North Lamar Boulevard
                Austin, Texas  78752-4431
                PO Box 4087
                Austin, Texas  78773-4087
(Term, Phone #, Email to be determined in discovery)

John(s)/Jane(s) Doe, Director(s), Counsel on Sex Offender Treatment, November, 2000 - 2008 (*see* THSC, Section 841.007 / 76th Leg., 1999)
(Term(s), Address(s), Phone #(s), Email(s) to be determined in discovery)

Dr. Aaron Pierce, Director, Counsel on Sex Offender Treatment, ? – Present (see THSC, Section 841.022)
Address:        PO Box 149347
                Austin, Texas  78714-9347
(Term, Phone #, Email to be determined in discovery)

John(s)/Jane(s) Doe, Director(s), Office of Violent Sex Offender Management, 2008 - 2015 (*see* THSC, Section 841.007 / 80th Leg., 2007)
(Term(s), Address(s), Phone #(s), Email(s) to be determined in discovery)

Allison Taylor, Executive Director, Texas Civil Commitment Office, 2015 - ? (*see* THSC, Section 841.007 / 84th Leg., 2015)
(Term, Address, Phone #, Email to be determined in discovery)

Marsha Mclane, Executive Director, Texas Civil Commitment Office, ? - Present (*see* THSC, Section 841.007 / 84th Leg., 2015)
Address:        Building 2, Suite 350
                4616 Howard Lane
                Austin, Texas  78728
(Term, Phone #, Email to be determined in discovery)

**Expert Examiner** (*see* THSC, Section 841.022(b), (c)(3) and 841.023(a)):

Dr. Stephen A. Thorne, Ph.D., Licensed Psychologist
Address:        1301 S. Capitol of Texas Highway, C-130
                Austin, Texas  78746
Phone:          (512) 342-1661
Email:          drstephenthorne@yahoo.com